AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| AFRICK, LANCE M. | USDC, EASTERN DISTRICT OF LA | 10/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FULL-TIME U.S. DISTRICT JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

500 POYDRAS STREET
ROOM C-405
NEW ORLEANS, LA 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PAST EXECUTIVE COMMITTEE MEMBER AND PAST PRESIDENT | ALLSTATE SUGAR BOWL |
| 2. | DIRECTOR | AFRICK FAMILY FOUNDATION, INC. |
| 3. | BOARD OF DIRECTORS | COVENANT HOUSE |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | CE OIL & TOOL SUPPLY, INC. - WAGES |
| 2. 2018 | CRESCENT DRILLING & PRODUCTION - WAGES |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NEW ORLEANS BAR ASSOCIATION | APRIL 20-22, 2018 | POINT CLEAR, ALABAMA | BENCH BAR CONFERENCE | HOTEL AND REGISTRATION |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **AFRICK, LANCE M.** | 10/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. UBS BANK USA | VARIABLE RATE LOAN | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Louisiana Local Gov. Enviro (Municipal Bond) | A | Interest | | | Redeemed | 12/03/18 | J | | |
| 2. Facebook, Inc. | | None | | | Sold | 04/02/18 | K | E | |
| 3. American Municipal Power OH Callable Bond | B | Interest | K | T | | | | | |
| 4. Maryland St. Health & Higher Bond | B | Interest | K | T | | | | | |
| 5. Illinois State FGIC Bond | C | Interest | L | T | | | | | |
| 6. Columbus OH City Sch Callable Bond | B | Interest | L | T | | | | | |
| 7. Florida St A26 ( PreviouslyFlorida St. BER Callable Bond (2)) | D | Interest | M | T | | | | | |
| 8. Atlanta GA Water & Wastewater Rev Bond SER A | C | Interest | L | T | | | | | |
| 9. Houston TX HWO (Previously Houston TX Util Sys Callable Bond) | C | Interest | L | T | | | | | |
| 10. Florida St Brd Ed Lottery SR A | B | Interest | | | Redeemed | 07/02/18 | K | | |
| 11. Univ Houston TX Callable Bond | A | Interest | | | Redeemed | 02/15/18 | K | | |
| 12. FLorida St. Dept Environmen. Callable Bond (3) | C | Interest | | | Redeemed | 07/02/18 | L | | |
| 13. Kentucky Infrastruct Callable Bond | C | Interest | L | T | | | | | |
| 14. Metropolitan Trans AUNY SER A (2) | C | Interest | L | T | | | | | |
| 15. Metropolitan Trans Auth Asur D (2) | B | Interest | K | T | | | | | |
| 16. Pennyslvania Higher Ed Callable Bond | C | Interest | | | Redeemed | 11/01/18 | L | | |
| 17. Texas State SRA CRO (formerly Texas State) | C | Interest | | | Redeemed | 08/02/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Connecticut St Gen Ser A Callable Bond | D | Interest | | | Redeemed | 04/20/18 | L | | |
| 19. Florida St G44 (Previously Florida St Brd Educ Pub Callable Bond) | B | Interest | L | T | | | | | |
| 20. John Hancock Variable Ins. Trust (Managed Volatility Growth Portfolio) | | None | N | T | Sold (part) | 01/01/18 | J | | |
| 21. | | | | | Sold (part) | 02/01/18 | J | | |
| 22. | | | | | Sold (part) | 03/01/18 | J | | |
| 23. | | | | | Sold (part) | 04/01/18 | J | | |
| 24. | | | | | Sold (part) | 04/28/18 | J | | |
| 25. | | | | | Sold (part) | 05/28/18 | J | | |
| 26. | | | | | Sold (part) | 06/28/18 | J | | |
| 27. | | | | | Sold (part) | 07/28/18 | J | | |
| 28. | | | | | Sold (part) | 08/28/18 | J | | |
| 29. | | | | | Sold (part) | 09/28/18 | J | | |
| 30. | | | | | Sold (part) | 10/28/18 | J | | |
| 31. | | | | | Sold (part) | 11/28/18 | J | | |
| 32. | | | | | Sold (part) | 12/28/18 | J | | |
| 33. Blackrock MUN Target Term Trust BTT | C | Dividend | L | T | | | | | |
| 34. Nuveen Inter Duration NID | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **AFRICK, LANCE M.** | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco Dynamic PCI | C | Dividend | K | T | | | | | |
| 36. Louisiana St H52 (Previously Louisiana St RFDG SER C) | C | Interest | L | T | | | | | |
| 37. Pueblo Cnty Colo CTFS Partn Cnty Judicial Complex | B | Interest | K | T | | | | | |
| 38. Boynton Beach Fla Util Sys Rev | B | Interest | K | T | | | | | |
| 39. Miami Dade Cnty Fla SCH BRD CTFS SER B | A | Interest | | | Redeemed | 05/01/18 | L | | |
| 40. Louisiana LOC GOVT Environmental Assur SR B | B | Interest | K | T | | | | | |
| 41. Center Coast MLP & Infrastructure FD | C | Dividend | J | T | | | | | |
| 42. New Jersey G96 (Previously New Jersey ST Trans TRFD SER AA (2)) | D | Interest | M | T | | | | | |
| 43. Midland Cnty TEX Fresh WTR Supply DIST (2) | D | Interest | N | T | | | | | |
| 44. Univ WI BZ5 (Previously University WIS Hosps & Clinics Auth Rev SER A) | C | Interest | L | T | | | | | |
| 45. Apple Inc. | A | Dividend | J | T | | | | | |
| 46. NJ Eco WS8 (Previously NJ Eco SR NN Y25) | A | Interest | K | T | | | | | |
| 47. Nuveen Ltd Municipal Bond Fund | B | Dividend | L | T | Sold (part) | 04/04/18 | J | | |
| 48. | | | | | Sold (part) | 05/25/18 | J | | |
| 49. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 50. Proctor & Gamble PG | A | Dividend | J | T | | | | | |
| 51. Apple Inc | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. New York ST NR3 | B | Interest | K | T | | | | | |
| 53. Pennsylvania ST TPK Commn TPK REV for Issued DTD | C | Interest | L | T | | | | | |
| 54. Univ Ala CM1 | D | Interest | | | Redeemed | 09/04/18 | M | | |
| 55. Boeing Company Symbol BA | A | Dividend | K | T | | | | | |
| 56. Britich Amer Tobacco PLC GB SPON ADR | A | Dividend | J | T | Sold (part) | 05/24/18 | J | | |
| 57. Colgate Palmolive Co Symbol CL | A | Dividend | J | T | Sold (part) | 05/24/18 | J | | |
| 58. Crane Co Symbol CR | A | Dividend | J | T | | | | | |
| 59. Diago PLC New GB SPON ADR Symbol DEO | A | Dividend | J | T | | | | | |
| 60. Dominion Resources Inc | | None | | | Sold | 01/31/18 | J | | |
| 61. Home Depot Inc Symbol HD | A | Dividend | J | T | Buy (add'l) | 11/26/18 | J | | |
| 62. Illinois Tool Works Inc Symbol ITW | A | Dividend | J | T | | | | | |
| 63. Intel Corp Symbol INTC | A | Dividend | J | T | Buy (add'l) | 11/26/18 | J | | |
| 64. Johnson Controls Inc. Symbol JCI | A | Dividend | | | Sold | 03/23/18 | J | | |
| 65. Microsoft Corp Symbol MSFT | A | Dividend | J | T | | | | | |
| 66. Medtronic PLC Symbol MDT | A | Dividend | J | T | | | | | |
| 67. Nordstrom Inc Symbol JWN | | None | | | Sold | 01/31/18 | J | | |
| 68. Novartis AG SPON ADR Symbol NVS | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Nextera Energy Inc COM Symbol NEE | A | Dividend | J | T | | | | | |
| 70. Occidental Petroleum CRP Symbol OXY | A | Dividend | J | T | | | | | |
| 71. Pepsico Inc Symbol PEP | A | Dividend | J | T | | | | | |
| 72. Rockwell Automation Inc NEW Symbol ROK | A | Dividend | J | T | | | | | |
| 73. Invesco LTD Symbol IVZ | A | Dividend | | | Sold | 07/02/18 | J | | |
| 74. Schlumberger LTD Netherland Antilles Symbol SLB | A | Dividend | | | Sold | 01/31/18 | J | | |
| 75. Texas Instruments Symbol TXN | A | Dividend | J | T | | | | | |
| 76. Union Pacific Corp Symbol UNP | A | Dividend | J | T | | | | | |
| 77. United Technologies Corp Symbol UTX | A | Dividend | J | T | | | | | |
| 78. VF Corp Symbol VFC | A | Dividend | J | T | | | | | |
| 79. Yum Brands Inc Symbol YUM | A | Dividend | J | T | | | | | |
| 80. New Jersey ST LQ2 (Previously New Jersey ST L22) | A | Interest | J | T | Redeemed (part) | 01/03/18 | J | | |
| 81. | | | | | Redeemed (part) | 07/06/18 | J | | |
| 82. Ecolab Inc Symbol ECL | B | Dividend | M | T | | | | | |
| 83. Tampa-Hillborough FL2 | C | Interest | L | T | | | | | |
| 84. Delaware VY ER3 | A | Interest | K | T | | | | | |
| 85. Jacksonville Elec 4H5 | C | Interest | | | Sold | 09/25/18 | L | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Mass ST GO Consol Ln SR A | B | Interest | K | T | | | | | |
| 87. Miami-Dade Cnty GS4 | C | Interest | L | T | | | | | |
| 88. Connecticut ST LQ6 | A | Interest | K | T | | | | | |
| 89. New York ST MY6 | B | Interest | L | T | | | | | |
| 90. Broward CO FL VC9 | D | Interest | M | T | | | | | |
| 91. Jacksonville FL KA3 | A | Interest | J | T | | | | | |
| 92. Deltona FL BZ2 | B | Interest | K | T | | | | | |
| 93. Tangipahoa Par DK5 | A | Interest | K | T | | | | | |
| 94. Memphis Ctr BL7 | C | Interest | L | T | | | | | |
| 95. California St YB4 | B | Interest | L | T | | | | | |
| 96. Daytona Beach FL CF2 | B | Interest | L | T | | | | | |
| 97. NJ ECO V26 | D | Interest | M | T | | | | | |
| 98. Las Vegas Q60 | B | Interest | K | T | | | | | |
| 99. Southern ILL Univ Revs | A | Interest | J | T | | | | | |
| 100. Tampa FL BH3 | C | Interest | L | T | | | | | |
| 101. Vermont St DR3 | C | Interest | L | T | | | | | |
| 102. Philadelphia PA WL1 (Previously Philadelphia PA WLL) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Conneticut ST JU7 | C | Interest | L | T | | | | | |
| 104.  Daytona Beach CC9 | D | Interest | M | T | | | | | |
| 105.  Miami FL HU2 | B | Interest | | | Redeemed | 12/20/18 | K | | |
| 106.  Will Co KL8 | B | Interest | K | T | | | | | |
| 107.  Maryland St LSO | A | Interest | | | Redeemed | 06/18/18 | J | | |
| 108.  Miami Dade Cnty QU2 | A | Interest | | | Redeemed | 08/01/18 | J | | |
| 109.  Indiana Mun Pwr 2M2 | C | Interest | K | T | | | | | |
| 110.  NJ ECO T78 (Previously NJ ECO DV UTH Due Date 030124) | C | Interest | L | T | | | | | |
| 111.  Onondaga Cnty NY Indl | B | Interest | K | T | | | | | |
| 112.  Kansas City Mo SPL OBLIG SR B | C | Interest | | | Redeemed | 04/16/18 | M | | |
| 113.  Texas ST LW7 | B | Interest | | | Redeemed | 04/02/18 | L | | |
| 114.  New York St Twy Auth St SR A | D | Interest | M | T | | | | | |
| 115.  New Jersey Trans Trust SR AA | C | Interest | L | T | | | | | |
| 116.  New Jersey St A88 (Previously New Jersey St Tok Auth SER A) | B | Interest | K | T | | | | | |
| 117.  Pennsylvania St Tpk SR A-1 | A | Interest | | | Redeemed | 06/01/18 | K | | |
| 118.  Univ Pittsburgh SR B RV | B | Interest | K | T | | | | | |
| 119.  Connecticut St Gen SER C | D | Interest | | | Redeemed | 11/01/18 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. New Haven Connecticut GO SER 08A | A | Interest | | | Redeemed | 03/01/18 | K | | |
| 121. Texas St Univ Sys KQ6 | A | Interest | | | Redeemed | 03/15/18 | K | | |
| 122. Oak Island NC Enterprise Asur | A | Interest | J | T | | | | | |
| 123. Texas St SR A CT6 | C | Interest | | | Redeemed | 08/02/18 | L | | |
| 124. New Jersey ST CTFS Partn SER A | A | Interest | | | Redeemed | 06/15/18 | K | | |
| 125. Cucamonga VY CA Wtr SER A | B | Interest | | | Closed | 06/13/18 | L | | |
| 126. Palm Beach Co Fla Hsg SR A | A | Interest | J | T | | | | | |
| 127. Hialeah Fla Hsg Auth REV | A | Interest | | | Redeemed | 08/14/18 | J | | |
| 128. Mass St Wtr Res Au SR B | A | Interest | K | T | | | | | |
| 129. Blackrock Municipal BKK | A | Dividend | K | T | | | | | |
| 130. Blackrock Munivest MVT | A | Dividend | K | T | | | | | |
| 131. Blackrock Municipal BFK (Previously Blackrock Municipal Income BFI) | B | Dividend | K | T | | | | | |
| 132. Invesco High Yield Municipal Fund | A | Dividend | M | T | | | | | |
| 133. Aegon AEH | B | Dividend | K | T | | | | | |
| 134. UBS Bank USA DEP | A | Interest | K | T | | | | | |
| 135. Nuveen Real Asset Income Fund Class C | A | Dividend | | | Sold | 04/16/18 | J | A | |
| 136. First Eagle Global Fund Class C | A | Dividend | | | Sold | 04/16/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. American Century Equity Income | A | Dividend | | | Sold | 04/16/18 | J | A | |
| 138. Pimco Income Fund Class C | A | Dividend | | | Sold | 04/16/18 | J | A | |
| 139. Amazon Com Inc | | None | K | T | Buy (add'l) | 11/26/18 | J | | |
| 140. University TEX PERM UNIV FD SER A | C | Interest | M | T | | | | | |
| 141. Southwest Higher ED AUTH INC TEX REV | D | Interest | M | T | | | | | |
| 142. Texas A&M UNIV REV | D | Interest | M | T | | | | | |
| 143. Port Auth NY & NJ RFDG | D | Interest | M | T | | | | | |
| 144. New York NY Q53 (Previously New York NY CALLABLE 253) | C | Interest | M | T | | | | | |
| 145. Washington St for Issues 2017 | D | Interest | M | T | | | | | |
| 146. New York NY CITY TRANS FIN AUTH REV | B | Interest | L | T | | | | | |
| 147. Austin TX CMNTY COLLEGE DIST PUB FAC REV | C | Interest | M | T | | | | | |
| 148. Port ST Lucie FLA UTIL REV RFDG | D | Interest | M | T | | | | | |
| 149. Pennsylvania ST E57 | D | Interest | M | T | | | | | |
| 150. Miami-Dade CNTY FLA SER A RK8 | D | Interest | M | T | | | | | |
| 151. Houston TEX CMNTY COLLEGE SYS REV | B | Interest | K | T | | | | | |
| 152. Arizona ST TRANSN BRD RV | D | Interest | M | T | | | | | |
| 153. Allen TX INDPT SCH DIST RFDG | C | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. New York ST DORM AUTH ST SRB RV D46 | D | Interest | M | T | | | | | |
| 155. Indiana ST FIN AUTH WASTEWATER UTIL REV | D | Interest | M | T | | | | | |
| 156. Univ HI JR8 (Previously University HI SER E RV) | D | Interest | M | T | | | | | |
| 157. Texas WTR YG1 (Previously Texax WTR DEV BRD REV) | D | Interest | M | T | | | | | |
| 158. Honolulu Hi Cnty -B SER B | D | Interest | M | T | | | | | |
| 159. New York ST URBAN DEV SR A RV | D | Interest | M | T | | | | | |
| 160. San Antonio TX WTR Syst SR B | D | Interest | M | T | | | | | |
| 161. Lake Dallas TEX ISD Perma | D | Interest | M | T | | | | | |
| 162. Cameron CNTY TEX ISD Perma | D | Interest | M | T | | | | | |
| 163. UNIV MI UNV RV | D | Interest | M | T | | | | | |
| 164. NO Harris GV2 (Previously North Harris CNTY TX WTR AU REV) | D | Interest | M | T | | | | | |
| 165. Bexar CNTY TX XW5 | C | Interest | L | T | | | | | |
| 166. Houston TX Util GU5 | D | Interest | M | T | | | | | |
| 167. Texas ST for Issues Q44 | D | Interest | M | T | | | | | |
| 168. New York NY for Previous A-1 FC8 | D | Interest | M | T | | | | | |
| 169. Pennsylvania St TPK SQ3 | D | Interest | M | T | | | | | |
| 170. Washington St for Issues SR C | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Pennsylvania St TPK Comm Build AT BAM | D | Interest | M | T | | | | | |
| 172. Mi Mun Bd AV Clean Water | A | Interest | J | T | | | | | |
| 173. New Jersey Health Care F | B | Interest | K | T | | | | | |
| 174. City of NY A-1 Z58 | B | Interest | K | T | | | | | |
| 175. Austin TX EH1 (Previously Austin TX Htl Occupony EX1) | A | Interest | K | T | | | | | |
| 176. Chicago IL O Hare Intl A | A | Interest | K | T | | | | | |
| 177. North TX Twy Auth Sr B Q64 | | None | | | Redeemed | 01/02/18 | K | A | |
| 178. Dallas TX Indpt Sch RPO | A | Interest | J | T | | | | | |
| 179. Dutchess Cnty Assur RV | A | Interest | J | T | | | | | |
| 180. Flour Bluff TX (Previously Flat Bluff TX) | B | Interest | K | T | | | | | |
| 181. Ohio State Sr B Pt7 | D | Interest | M | T | | | | | |
| 182. Tanger Factory Outlet Centers Inc | A | Dividend | J | T | | | | | |
| 183. Yum China Hldgs Inc | A | Dividend | J | T | | | | | |
| 184. Titus Co TX Asur | A | Interest | J | T | | | | | |
| 185. El Monte CA UN High Sch Assur SR A | B | Interest | K | T | | | | | |
| 186. Marion Co FL Pub SrA Assur | A | Interest | J | T | | | | | |
| 187. Broward Cnty Fl Sch Brd YU5 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Chester Co PA Pref | A | Interest | J | T | | | | | |
| 189. Maryland St for Issues D SrB | B | Interest | K | T | | | | | |
| 190. Marysville CA JT Uni Agr | A | Interest | K | T | | | | | |
| 191. Orange Cnty FL Sch Brd NSO ( Previously Oange Cnty FL Sch Brd NSO) | A | Interest | J | T | | | | | |
| 192. Texas St Techinical Colle Assur CB6 | A | Interest | J | T | | | | | |
| 193. Texas St Technical Colle Assur C65 | C | Interest | L | T | | | | | |
| 194. New York St Dorm Auth AY7 | A | Interest | J | T | | | | | |
| 195. Miami-Dade Cnty Fl Aria WT1 | A | Interest | K | T | | | | | |
| 196. Univ CT Genl Oblig SR A | A | Interest | K | T | | | | | |
| 197. Harris Co TX Hlth JC9 | A | Interest | J | T | | | | | |
| 198. Rhode IS St Econ DV Corp | A | Interest | J | T | | | | | |
| 199. Michigan Mun BD Auth | A | Interest | K | T | | | | | |
| 200. Columbia SC Wtrwks Swr Sr A | B | Interest | K | T | | | | | |
| 201. Massachusetts St 5Q4 (Previously Massachusetts St Dev Fin B-s) | C | Interest | L | T | | | | | |
| 202. New Jersey Health Care Radia | A | Interest | J | T | | | | | |
| 203. Illinois HSG Dev Au Mult | A | Interest | J | T | | | | | |
| 204. Oklahoma Agric & Mechani | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Louisiana St Transn Auth SrA | D | Interest | N | T | | | | | |
| 206. Tennessee St SrA | A | Interest | K | T | | | | | |
| 207. Southwind HSG Inv Evnsvl | A | Interest | J | T | | | | | |
| 208. North Carolina Estn Mun RV Radia | A | Interest | J | T | | | | | |
| 209. New Jersey Hlth FF5 (Previously New Jersey Hlth Care FAC) | A | Interest | K | T | | | | | |
| 210. New Haven Connecticut Co XZ6 | A | Interest | | | Redeemed | 03/01/18 | J | | |
| 211. Texas St LCL | A | Interest | | | Redeemed | 04/02/18 | J | | |
| 212. Miami-Dade Cnty Fla VAO | A | Interest | | | Redeemed | 05/01/18 | J | | |
| 213. Miami-Dade Cnty Fla Sch UXI | A | Interest | | | Redeemed | 05/01/18 | J | | |
| 214. Miami-Dade Cnty FL UY9 | A | Interest | | | Redeemed | 05/01/18 | J | | |
| 215. Wisconsin St Ser C | A | Interest | | | Redeemed | 05/01/18 | J | | |
| 216. Broward Cnty Fl Sch VK7 | A | Interest | | | Redeemed | 07/02/18 | J | | |
| 217. Metro Atlanta Rapid Tran PH1 | A | Interest | | | Redeemed | 07/02/18 | J | | |
| 218. New Jersey ST Edl Facs A P27 | A | Interest | | | Redeemed | 07/02/18 | J | | |
| 219. Wayne St Univ Mi Univ W44 | A | Interest | | | Redeemed | 11/15/18 | J | | |
| 220. St of WA GO SrE GE4 | B | Interest | K | T | | | | | |
| 221. St of WA GO Sr E GM6 | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Conneticut St for Issue Sr A RBO | A | Interest | K | T | | | | | |
| 223. Albany Daugherty AB6 | A | Interest | J | T | | | | | |
| 224. Univ HI Brd Reg Sr E JP2 | B | Interest | K | T | | | | | |
| 225. Texas St Univ Sys TV6 | B | Interest | L | T | | | | | |
| 226. Harris Co JD7 (Previously Harris Co TX Hlth TD7) | A | Interest | J | T | | | | | |
| 227. Albany Dougherty AA8 | A | Interest | J | T | | | | | |
| 228. New Jersey St EG1 | B | Interest | K | T | | | | | |
| 229. Beaumont Unified DG6 | A | Interest | J | T | | | | | |
| 230. Orange Cnty FL Health AY1 | A | Interest | K | T | | | | | |
| 231. Oregon St Dept CT9 | A | Interest | J | T | | | | | |
| 232. Louisiana LDC Govt NG5 | D | Interest | M | T | | | | | |
| 233. New Jersey Trans Trust PZ8 | B | Interest | | | Redeemed | 11/19/18 | K | | |
| 234. Univ Houston TX 8M1 (Y) | | | | | | | | | |
| 235. Massachusetts H&E JS1 | B | Interest | K | T | | | | | |
| 236. Illinois St K42 | C | Interest | | | Redeemed | 10/05/18 | L | | |
| 237. Livonia MI Pub Sch SUO | A | Interest | K | T | | | | | |
| 238. Harris Co Tx HW7 (Previously Harris Co TX Hlth FACS HU7) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Cleveland OH Income KGO | B | Interest | L | T | | | | | |
| 240. Austin TX EL2 | A | Interest | J | T | | | | | |
| 241. Chi IL MVO | A | Interest | J | T | | | | | |
| 242. New Jersey Trans QA2 | A | Interest | | | Redeemed | 11/19/18 | J | | |
| 243. North TX Twy TB2 | A | Interest | | | Redeemed | 01/02/18 | J | A | |
| 244. Douglass Co DF2 | A | Interest | K | T | | | | | |
| 245. Dallas TX RS4 | A | Interest | K | T | | | | | |
| 246. Sacramento Cnty CA JD5 | A | Interest | | | Redeemed | 07/02/18 | J | | |
| 247. Pennsylvania St Tpk CW1 | B | Interest | K | T | | | | | |
| 248. Almeda Corridor GN9 | C | Interest | L | T | | | | | |
| 249. Miami-Dade Cnty BW5 | A | Interest | J | T | | | | | |
| 250. Riverside CA Elec QQ5 | A | Interest | K | T | | | | | |
| 251. New York St TU7 | A | Interest | | | Redeemed | 04/09/18 | J | | |
| 252. Connecticut St Health 6U4 (Previously Conneticut St Health Sr J) | A | Interest | J | T | | | | | |
| 253. City of NY NAO (Previously City of NY NAD) | B | Interest | K | T | | | | | |
| 254. Broward CO FL Arpt UE6 | C | Interest | L | T | | | | | |
| 255. Miami-Dade Cnty FL VX3 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Houston TX NL6 | D | Interest | M | T | | | | | |
| 257. Castle Rock CO DD1 | B | Interest | K | T | | | | | |
| 258. Idaho Health FACS VJ5 | A | Interest | K | T | | | | | |
| 259. Harris CO JE5 | A | Interest | J | T | | | | | |
| 260. Miami-Dade Cnty UZ4 | C | Interest | L | T | | | | | |
| 261. Dallas Ft Worth SR2 | B | Interest | K | T | | | | | |
| 262. Houston TX Util Sys JN8 | A | Interest | J | T | | | | | |
| 263. Hamilton Cnty OH YV5 | A | Interest | K | T | | | | | |
| 264. New York CIty X99 | B | Interest | K | T | | | | | |
| 265. Laredo TX GX5 | B | Interest | K | T | | | | | |
| 266. Franklin Cntty BN6 | B | Interest | K | T | | | | | |
| 267. Ohio St Pub DE1 | B | Interest | K | T | | | | | |
| 268. Santa Ana CA EU6 | A | Interest | | | Redeemed | 05/24/18 | J | | |
| 269. Lorain Co Ohio JD1 | A | Interest | | | Redeemed | 05/08/18 | J | | |
| 270. Mississippi St 7D5 | B | Interest | K | T | | | | | |
| 271. Wayne St WU4 | A | Interest | | | Redeemed | 11/15/18 | J | | |
| 272. Illinois Fin GX1 | A | Interest | | | Redeemed | 08/15/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Atlanta GA Arpt RSQ | A | Interest | K | T | | | | | |
| 274. Amgen Inc | A | Dividend | K | T | Buy (add'l) | 11/26/18 | J | | |
| 275. Bristol Myers Squibb CO | A | Dividend | J | T | | | | | |
| 276. CVS Health Corp | A | Dividend | | | Sold | 01/31/18 | J | | |
| 277. Alphabet Inc CL A | | None | J | T | Buy (add'l) | 11/26/18 | J | | |
| 278. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 279. Gen Electric CO | A | Dividend | | | Sold | 01/31/18 | J | | |
| 280. Lockheed Martin Corp | A | Dividend | J | T | | | | | |
| 281. Mondelez Intl Inc | A | Dividend | J | T | | | | | |
| 282. Metlife Inc | A | Dividend | | | Sold | 07/02/18 | J | | |
| 283. Total SA Symbol TOT | A | Dividend | J | T | | | | | |
| 284. United Parcel Service Symbol UPS | A | Dividend | J | T | | | | | |
| 285. NB Strategic Co (2) | D | Distribution | M | T | | | | | |
| 286. UBS Bank USA Dep Acct | A | Interest | M | T | | | | | |
| 287. JP Morgan Strategic Income | A | Dividend | K | T | | | | | |
| 288. Blackrock BSIIX (Previously Blackrock Stratetgic Income I) | A | Dividend | K | T | | | | | |
| 289. Sterling Capitol Ultra Short Bond Fund | A | Dividend | | | Sold (part) | 01/17/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 02/01/18 | J | | |
| 291. Thornburg Limited Term Municipal | B | Dividend | L | T | Sold (part) | 04/04/18 | J | | |
| 292. Amgen Inc AMGN | A | Dividend | J | T | | | | | |
| 293. Boeing Company BA | A | Dividend | J | T | | | | | |
| 294. British Amer BTI | A | Dividend | J | T | | | | | |
| 295. Colgate CL | A | Dividend | J | T | | | | | |
| 296. Alphabet Inc GOOGL | | None | J | T | | | | | |
| 297. Crane Co CR | A | Dividend | J | T | | | | | |
| 298. Duagei PLC DEO | A | Dividend | J | T | | | | | |
| 299. Home Depot Inc HD | A | Dividend | J | T | | | | | |
| 300. Illinois Tool ITW | A | Dividend | J | T | | | | | |
| 301. Intel Corp INTL | A | Dividend | J | T | | | | | |
| 302. Johnson Controls JCI | A | Dividend | | | Sold | 01/31/18 | J | | |
| 303. Lockheed Martin LMT | A | Dividend | J | T | Buy (add'l) | 11/26/18 | J | | |
| 304. Microsoft Corp MSFT | A | Dividend | J | T | Buy (add'l) | 11/26/18 | J | | |
| 305. Mondelez MDLZ | A | Dividend | | | Sold | 01/31/18 | J | | |
| 306. Medtronic MDT | A | Dividend | J | T | Buy (add'l) | 11/26/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  Novartis NVS | A | Dividend | J | T | Buy (add'l) | 02/02/18 | J | | |
| 308.  Nextero NEE | A | Dividend | J | T | Buy (add'l) | 11/26/18 | J | | |
| 309.  Pepsico Inc PEP | A | Dividend | J | T | | | | | |
| 310.  Rockwell Automation ROK | A | Dividend | J | T | | | | | |
| 311.  Invesco IVZ | A | Dividend | | | Sold | 11/26/18 | J | | |
| 312.  Texas Instruments TXN | A | Dividend | J | T | Buy (add'l) | 11/26/18 | J | | |
| 313.  Union Pacific Corp UNP | A | Dividend | J | T | | | | | |
| 314.  Total SA France TOT | A | Dividend | J | T | | | | | |
| 315.  United Parcel Service UPS | A | Dividend | J | T | | | | | |
| 316.  United Technologies UTX | A | Dividend | J | T | | | | | |
| 317.  YUMI Brands YUM | A | Dividend | J | T | | | | | |
| 318.  Nuveen Short Duration NVHIX | B | Dividend | K | T | Sold (part) | 04/04/18 | J | | |
| 319.  Accenture ACN | A | Dividend | J | T | Buy (add'l) | 02/02/18 | J | | |
| 320.  Amazon AMZN | | None | J | T | | | | | |
| 321.  Chevron Corp | A | Dividend | J | T | | | | | |
| 322.  McDonalds Corp | A | Dividend | J | T | | | | | |
| 323.  Metlife | A | Dividend | | | Sold | 11/26/18 | J | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  Suncor SU | A | Dividend | J | T | | | | | |
| 325.  US Bancorp Del | A | Dividend | | | Sold | 07/02/18 | J | | |
| 326.  Louisiana St Gas & Fuels SR6 | C | Interest | K | T | | | | | |
| 327.  Louisiana St Gas & Fuels SZ8 | C | Interest | L | T | | | | | |
| 328.  Atlanta GA WTR & Wastewater PG9 | B | Interest | K | T | | | | | |
| 329.  Atlanta GA WTR & Wastewater PP9 | A | Interest | K | T | | | | | |
| 330.  New York St Z87 | B | Interest | L | T | | | | | |
| 331.  Univ Houston TX DSO | A | Interest | | | Redeemed | 02/15/18 | J | | |
| 332.  Univ Houston TX EA8 | A | Interest | J | T | | | | | |
| 333.  Univ CA SR6 5Z4 | A | Interest | K | T | | | | | |
| 334.  Univ CA RV 6S9 | A | Interest | K | T | | | | | |
| 335.  Dallas Fort Worth TL4 | D | Interest | M | T | | | | | |
| 336.  Florida St XU3 | C | Interest | M | T | | | | | |
| 337.  New Jersey Trans 2M2 | C | Interest | | | Redeemed | 08/24/18 | L | | |
| 338.  Ohio St DD3 | C | Interest | L | T | | | | | |
| 339.  Alabama AQ3 | C | Interest | L | T | | | | | |
| 340.  Dallas TX RMO | C | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341.  Univ OK NX2 | C | Interest | M | T | | | | | |
| 342.  Autin TX JU1 | C | Interest | L | T | | | | | |
| 343.  North TX PX5 | B | Interest | L | T | | | | | |
| 344.  Ohio St QK3 (Previously Ohio St 2K3) | B | Interest | L | T | | | | | |
| 345.  The Comwlth of MA KA3 | A | Interest | L | T | | | | | |
| 346.  Massachuetts St YA3 | C | Interest | L | T | | | | | |
| 347.  Ohio St JW5 | C | Interest | M | T | | | | | |
| 348.  Massachusetts ST EB8 | C | Interest | L | T | | | | | |
| 349.  Atlanta GA ZW1 | C | Interest | L | T | | | | | |
| 350.  Dutchess Cnty JV5 | A | Interest | K | T | | | | | |
| 351.  Pennsylvania St S46 | B | Interest | K | T | | | | | |
| 352.  Central Puget Sand 6FO | C | Interest | L | T | | | | | |
| 353.  District Columbia GJ8 | C | Interest | L | T | | | | | |
| 354.  Utility Debt BT5 | D | Interest | M | T | | | | | |
| 355.  Washington ST F86 | C | Interest | M | T | | | | | |
| 356.  Texas A&M FNO | C | Interest | M | T | | | | | |
| 357.  District Columbia ULO | C | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  Oregon St A72 | C | Interest | L | T | | | | | |
| 359.  New Jersey R93 | D | Interest | M | T | | | | | |
| 360.  Univ VA WM1 | C | Interest | L | T | | | | | |
| 361.  Philadelphia PA ZBO | C | Interest | M | T | | | | | |
| 362.  NB Strategic LP Invest | | None | M | T | Buy<br>(add'l) | 02/27/18 | K | | |
| 363. | | | | | Buy<br>(add'l) | 05/30/18 | J | | |
| 364. | | | | | Buy<br>(add'l) | 08/15/18 | K | | |
| 365. | | | | | Buy<br>(add'l) | 11/09/18 | J | | |
| 366.  Alpha Keys | | None | J | T | | | | | |
| 367.  District Columbia RR1 | C | Interest | L | T | Buy | 01/10/18 | L | | |
| 368.  Virginia Commlth Bond BD1 | C | Interest | M | T | Buy | 04/26/18 | M | | |
| 369.  Cucamonga VY CA BQ6 | B | Interest | L | T | Open | 06/13/18 | L | | |
| 370.  Cucamonga VY CA CK8 | A | Interest | K | T | Open | 06/13/18 | K | | |
| 371.  Pretium Residential 9D6 | D | Distribution | M | T | Buy | 06/14/18 | M | | |
| 372.  District Columbia DC1 | B | Interest | M | T | Buy | 08/24/18 | M | | |
| 373.  RI Clean Wtr GC6 | B | Interest | M | T | Buy | 09/14/18 | M | | |
| 374.  New York St 5A5 | | None | M | T | Buy | 09/17/18 | M | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  Univ NE 4Z5 | | None | M | T | Buy | 11/16/18 | M | | |
| 376.  Port Auth NY & NJ X41 | | None | M | T | Buy | 11/19/18 | M | | |
| 377.  Walt Disney DIS | | None | J | T | Buy | 11/26/18 | J | | |
| 378.  SPDR S&P XBI | A | Dividend | J | T | Buy | 11/26/18 | J | | |
| 379.  Accenture PLC ACN | | None | J | T | Buy | 11/26/18 | J | | |
| 380.  Stryker Corp SYK | | None | J | T | Buy | 11/26/18 | J | | |
| 381.  Pfizer Inc. (X) | A | Dividend | J | T | | | | | |
| 382.  Walt Disney CO DIS | | None | J | T | Buy | 01/18/18 | J | | |
| 383. | | | | | Buy<br>(add'l) | 02/02/18 | J | | |
| 384.  Ecolab Inc ECL | B | Dividend | J | T | Buy | 01/18/18 | J | | |
| 385. | | | | | Buy<br>(add'l) | 02/02/18 | J | | |
| 386.  Stryker Corp DE SYK | A | Dividend | J | T | Buy | 01/18/18 | J | | |
| 387. | | | | | Buy<br>(add'l) | 02/02/18 | J | | |
| 388.  Comcast Corp CMCSA | A | Dividend | J | T | Buy | 03/23/18 | J | | |
| 389.  Blackrock Inc BLK | A | Dividend | J | T | Buy | 07/02/18 | J | | |
| 390.  Chubb LTD CB | A | Dividend | J | T | Buy | 07/02/18 | J | | |
| 391.  Suntrust Banks STI | A | Dividend | J | T | Buy | 07/02/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392.  Amgen R AMGN | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 393.  Comcast R CMCSA | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 394.  Apple R AAPL | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 395.  Boeing R BA | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 396.  Chevron R CVX | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 397.  Colgate R CL | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 398.  Alphabet R GOOGL | | None | J | T | Buy | 04/23/18 | J | | |
| 399.  Crane R CR | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 400.  Diageo R DEO | | None | J | T | Buy | 04/23/18 | J | | |
| 401.  Walt Disney Co R DIS | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 402.  Ecolab R ECL | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 403.  Home Depot R HD | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 404.  Illinois Tool Works R ITW | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 405.  Intel Corp R INTC | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 406.  Johnson & Johnson R JNJ | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 407.  Lockheed Martin R LMT | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 408.  Microsoft Corp R MSFT | A | Dividend | J | T | Buy | 04/23/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **AFRICK, LANCE M.** | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. McDonalds Corp R MCD | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 410. Metlife Inc R MET | A | Dividend | | | Buy | 04/23/18 | J | | |
| 411. | | | | | Sold | 07/02/18 | J | | |
| 412. Medtronic PLC R MDT | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 413. Nextera Energy R NEE | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 414. Pepisco Inc R PEP | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 415. Rockwell Automation R ROK | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 416. Invesco LTD R IVZ | A | Dividend | | | Buy | 04/23/18 | J | | |
| 417. | | | | | Sold | 07/02/18 | J | | |
| 418. Accenture PLC R ACN | | None | J | T | Buy | 04/23/18 | J | | |
| 419. Styker Corp R SYK | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 420. Suncor Energy R SU | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 421. Texas Instruments R TXN | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 422. US Bancorp DEL R USB | A | Dividend | | | Buy | 04/23/18 | J | | |
| 423. | | | | | Sold | 07/02/18 | J | | |
| 424. Union Pacific Corp R UNP | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 425. Untd Technologies Corp R UTX | A | Dividend | J | T | Buy | 04/23/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **AFRICK, LANCE M.** | 10/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426.   Blackrock Inc R BLK | A | Dividend | J | T | Buy | 07/02/18 | J | | |
| 427.   Chubb LTD R CB | | None | J | T | Buy | 07/02/18 | J | | |
| 428.   Suntrust Banks R STI | A | Dividend | J | T | Buy | 07/02/18 | J | | |
| 429.   Pruco Life Insurance ILU | | None | J | T | Buy | 05/16/18 | J | | |
| 430. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **AFRICK, LANCE M.** | 10/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 110 Part VII. asset Cucamonga VY CA Wtr Ser A was exchanged for lines 351 and 352 on June 13, 2018

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 10/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ LANCE M. AFRICK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544